UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 06 B 14377
   RONALD O MIELKE
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-9050
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/03/06 and confirmed on 03/15/07.

2. The case was dismissed after confirmation, 05/16/2008.

3. The Debtor paid a total of $ 10582.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 28421.14 | .00 | 6606.33 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 8684.25 | .00 | 2018.60 |
| AURORA FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 8695.76 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 756.30 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 791.38 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 37105.39 | .00 | 10243.44 | .00 | 47348.83 |
| PRINCIPAL PAID | 8624.93 | .00 | .00 | .00 | 8624.93 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8624.93 | .00 | .00 | .00 | 8624.93 |

The Debtor's attorney, SCHOTTLER & ASSOC           , was allowed $  2500.00 and was paid $  1000.00 direct and $  1500.00 through the plan.

The Trustee received $  457.07 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/20/08                          /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

                    PAGE   2
CASE NO. 06 B 14377 RONALD O MIELKE